# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Yanira Perez-Vargas<br>Plaintiff<br><br>vs.<br><br>Hospital San Juan Capestrano de Mayaguez, et al<br>Defendant | CIVIL CASE 14-1683 (JAF) |

## JUDGMENT

On the basis of Docket [21] *Joint Stipulation of Voluntary Dismissal*, Judgment is entered dismissing this action with prejudice.

In San Juan, Puerto Rico, this 16th day of June, 2015.

Frances Rios de Moran, Esq.
Clerk of Court

S/ Natassia Ochoa
Natassia Ochoa
Deputy Clerk